1   Dominic J. Fote, Esq., Bar No. 128565
    David A. Napper, Esq., Bar No. 271464
2   CHAPMAN GLUCKSMAN DEAN ROEB & BARGER
       A PROFESSIONAL CORPORATION
3      11900 WEST OLYMPIC BOULEVARD,
              SUITE 800
4    LOS ANGELES, CALIFORNIA 90064-0704
    (310) 207-7722 • FAX:  (310) 207-6550
5
    Attorneys for Defendants, CALEX
6   ENGINEERING COMPANY, CALEX ENGINEERING,
    INC. and EARTHWORK SYSTEMS, INC.
7

8                 **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

11  | F.G. CROSTHWAITE and RUSSELL | Case No.:  CV131718 |
    | E. BURNES, in their respective | |
12  | capacities as Trustees of the | |
    | OPERATING ENGINEERS' HEALTH | |
13  | AND WELFARE TRUST FUND, | REQUEST TO APPEAR TELEPHONICALLY |
    | | AT CASE MANAGEMENT CONFERENCE ON |
14  | PENSION TRUST FUND FOR | JULY 19, 2013 |
    | OPERATING ENGINEERS, | |
15  | | |
    | PENSIONED OPERATING ENGINEERS' | |
16  | HEALTH AND WELFARE FUND, | |

17  OPERATING ENGINEERS AND
    PARTICIPATING EMPLOYERS PRE-
18  APPRENTICESHIP, APPRENTICE AND
    JOURNEYMEN AFFIRMATIVE ACTION
19  TRAINING FUND,

20  HEAVY AND HIGHWAY COMMITTEE;
    and
21
    OPERATING ENGINEERS LOCAL
22  UNION No. 3 OF THE
    INTERNATIONAL UNION OF
23  OPERATING ENGINEERS, AFL-CIO,

24       Plaintiffs,

25  v.

26  CALEX ENGINEERING COMPANY, a
    California Partnership; CALEX
27  ENGINEERING, INC., a
    California Corporation;
28  EARTHWORK SYSTEMS, INC., a

California Corporation; and
DOES 1 through 10, inclusive;

    Defendants.

    Pursuant to Local Rule 16-10(a) counsel for Defendants, CALEX ENGINEERING COMPANY, CALEX ENGINEERING, INC. and EARTHWORK SYSTEMS, INC. hereby requests to appear telephonically at the Case Management Conference on July 19, 2013 at 1:30 p.m. in Department 11 of the above-entitled court.

DATED: July 8, 2013          **CHAPMAN, GLUCKSMAN, DEAN,**
                                **ROEB & BARGER**
                              A Professional Corporation


By: _____
    **DOMINIC J. FOTE**
    **DAVID A. NAPPER**
    Attorneys for Defendants, **CALEX**
    **ENGINEERING COMPANY, CALEX ENGINEERING,**
    **INC. and EARTHWORK SYSTEMS, INC.**

The Court DENIES the request to appear by telephone without prejudice to Defendants filing a request to appear by telephone upon a showing of good cause. Moreover, Defendants are admonished that any future requests made to the Court must be accompanied by a proposed order. IT IS SO ORDERED.

Dated: July 9, 2013

Judge Jeffrey S. White