Dominic J. Fote, Esq., Bar No. 128565
CHAPMAN GLUCKSMAN DEAN ROEB & BARGER
A PROFESSIONAL CORPORATION
11900 WEST OLYMPIC BOULEVARD,
SUITE 800
LOS ANGELES, CALIFORNIA 90064-0704
(310) 207-7722 • FAX: (310) 207-6550

Attorneys for Defendants, CALEX ENGINEERING COMPANY, CALEX ENGINEERING, INC. and EARTHWORK SYSTEMS

FILED
JUL 12 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNES, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND,<br><br>PENSION TRUST FUND FOR OPERATING ENGINEERS,<br><br>PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE FUND,<br><br>OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND,<br><br>HEAVY AND HIGHWAY COMMITTEE; and<br><br>OPERATING ENGINEERS LOCAL UNION No. 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>    Plaintiffs,<br><br>v.<br><br>CALEX ENGINEERING COMPANY, a California Partnership; CALEX ENGINEERING, INC., a California Corporation; EARTHWORK SYSTEMS, INC., a | Case No.: CV131718 JSW<br><br>Case Assigned to Hon. Jeffrey S. White<br><br>REQUEST OF COUNSEL FOR DEFENDANTS, CALEX ENGINEERING COMPANY, CALEX ENGINEERING, INC. and EARTHWORK SYSTEMS, INC. TO APPEAR VIA TELEPHONIC APPEARANCE AND [~~PROPOSED~~] ORDER<br><br>Date:     July 19, 2013<br>Time:     1:30 p.m.<br>Dept.:    11 |

Proposed Order To Request To Appear Telephonically (CMC) 07-09-13

1

REQUEST FOR COUNSEL FOR DEFENDANTS TO APPEAR VIA TELEPHONIC APPEARANCE AND ~~PROPOSED~~ ORDER

California Corporation; and
DOES 1 through 10, inclusive;

    Defendants.

    Dominic J. Fote, Esq., of Chapman, Glucksman, Dean, Roeb & Barger, counsel of record for defendants, CALEX ENGINEERING COMPANY, CALEX ENGINEERING, INC. and EARTHWORK SYSTEMS, INC. ("Calex") hereby requests to appear telephonically at the Court's Case Management Conference, pursuant to Civil Local Rule 16-10(a), currently on calendar for July 19, 2013, at 1:30 p.m. in Department 11 of the above-entitled Court. This request is made on the basis that the matter is venued in San Francisco, and requesting counsel and all of his clients herein are located in Los Angeles County. Additionally, allowing counsel to appear telephonically would save clients' resources in this action.

    The Parties are currently discussing early resolution of the matter.

    Counsel for Calex was advised by counsel for plaintiffs that plaintiffs do not object to this request for a telephonic appearance. Dominic J. Fote can be reached at (310) 207-7722. For these reasons, counsel requests the Court to allow telephonic appearance at the Case Management Conference on July 19, 2013.

1  DATED: July 10, 2013        **CHAPMAN, GLUCKSMAN, DEAN,**
2                                **ROEB & BARGER**
                                 A Professional Corporation
3
4                                By: _____
5                                   DOMINIC J. FOTE
                                    DAVID A. NAPPER
6                                Attorneys for Defendants, CALEX
                                 ENGINEERING COMPANY, CALEX ENGINEERING,
7                                INC. and EARTHWORK SYSTEMS, INC.

[~~Proposed~~] ORDER

IT IS SO ORDERED:

Good cause appearing therefore, the above Request is approved and it is so ordered. Defendants, CALEX ENGINEERING COMPANY, CALEX ENGINEERING, INC., and EARTHWORK SYSTEMS's counsel is allowed to appear telephonically at the Case Management Conference on July 19, 2013.

By no later than 12:00 p.m. on July 18, 2013, counsel shall file a document providing a direct land line telephone number at which counsel will be available for the case management conference.

Dated: July 18, 2013

_____
Judge Hon. Jeffrey S. White

G:\Newdata\0184\0184-021\0184-021 PLEADINGS\Proposed Order To Request To Appear Telephonically (CMC) 07-09-13.Doc

4

REQUEST FOR COUNSEL FOR DEFENDANTS TO APPEAR VIA TELEPHONIC APPEARANCE AND ~~PROPOSED~~ ORDER