Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

David Napper, Esq.
Chapman Glucksman Dean Roeb & Barger
11900 W. Olympic Blvd., Suite 800
Los Angeles, CA 90064
(310) 207-7722
(310) 207-6550 – Facsimile
dnapper@cgdrblaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | Case No.: C13-1718 JSW |
| Plaintiffs, | **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| v. | |
| CALEX ENGINEERING COMPANY, a California Partnership; CALEX ENGINEERING, INC., a California Corporation; EARTHWORK SYSTEMS INC., a California Corporation; and DOES 1 through 10, inclusive; | **Date:** March 21, 2014<br>**Time:** 1:30 p.m.<br>**Location:** 450 Golden Gate Avenue<br>San Francisco, CA<br>**Courtroom:** 11<br>**Judge:** Jeffrey S. White |
| Defendants. | |

Plaintiffs and Defendants jointly request that the Case Management Conference, currently on calendar for March 21, 2014, be continued for 120 - 180 days.

1.   Plaintiffs F.G. Crosthwaite, et al., and named Defendants Calex Engineering Company, a California Partnership; Calex Engineering, Inc., a California Corporation; Earthwork Systems Inc., a California Corporation, through their attorneys, have reached a conditional

settlement. Said parties have executed a Stipulation for Entry of Judgment Upon Default, ("Stipulation") which provides a payment plan to allow Defendants to satisfy their debt to the Plaintiff Trust Funds by making monthly payments. Said Stipulation allows Plaintiffs to obtain judgment against the named Defendants and a personal guarantor in the event that Defendants fail to timely cure any default thereunder. A copy of the signed Stipulation is attached hereto as Exhibit A.

2. Defendants have made six of twelve stipulated payments as required, and are otherwise in compliance with the Stipulation. The parties anticipate filing a notice of dismissal upon bank clearance of Defendant's twelve and final installment payment.

3. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs and Defendants respectfully request that the Case Management Conference, currently scheduled for March 21, 2014, be continued for 120 -180 days.

Dated: March 7, 2014

**SALTZMAN & JOHNSON LAW CORPORATION**

/S/
Shivani Nanda, Esq.
Attorneys for Plaintiffs

Dated: March 7, 2014

**CHAPMAN GLUCKSMAN DEAN ROEB & BARGER**

/S/
David Napper, Esq.
Attorneys for Defendants

///
///
///
///
///

-2-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C13-01718 JSW**

P:\CLIENTS\OE3CL\CALEX ENGINEERING CO\PLEADINGS\CV13-1718 JSW JOINT REQUEST TO CONTINUE CMC 030714.DOCX

1   IT IS SO ORDERED.

2   The currently set Case Management Conference is hereby continued to <u>July 25</u>,
3   2014 at <u>11:00 a.m.</u>, ~~and all previously set deadlines and dates related to this case are continued~~ The Court VACATES the pretrial conference and trial dates and will reset these
4   dates, if necessary, at the case management conference.
    ~~accordingly.~~

5

6   Date: <u>March 12, 2014</u>                          _____

7                                              THE HONORABLE JEFFREY S. WHITE
                                               UNITED STATES DISTRICT COURT JUDGE

8