Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

David Napper, Esq.
Chapman Glucksman Dean Roeb & Barger
11900 W. Olympic Blvd., Suite 800
Los Angeles, CA 90064
(310) 207-7722
(310) 207-6550 – Facsimile
dnapper@cgdrblaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | Case No.: C13-1718 JSW |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL;** |
| v. | |
| CALEX ENGINEERING COMPANY, a California Partnership; CALEX ENGINEERING, INC., a California Corporation; EARTHWORK SYSTEMS INC., a California Corporation; and DOES 1 through 10, inclusive; | **[PROPOSED] ORDER THEREON** |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs F.G. Crosthwaite, et al., and named Defendants Calex Engineering Company, a California Partnership; Calex Engineering, Inc., a California Corporation; Earthwork Systems Inc., a California Corporation, through their attorneys, reached a settlement and, stipulate to the voluntary dismissal of this action, in its entirety, with prejudice.

///

-1-
**STIPULATION OF VOLUNTARY DISMISSAL**
**CASE NO.: C13-01718 JSW**

P:\CLIENTS\OE3CL\CALEX ENGINEERING CO\PLEADINGS\CV13-1718 JSW STIPULATION FOR DISMISSAL 100714.DOCX

1 | Plaintiffs have not previously filed or dismissed any similar action against Defendants.

2 | Dated: October 7, 2014     **SALTZMAN & JOHNSON**
3 |     **LAW CORPORATION**

_____/S/_____
Michele R. Stafford, Esq.
Attorneys for Plaintiffs

7 | Dated: October 7, 2014     **CHAPMAN GLUCKSMAN DEAN ROEB**
8 |     **& BARGER**

_____/S/_____
David Napper, Esq.
Attorneys for Defendants

IT IS SO ORDERED.

This case is hereby dismissed with prejudice, and the calendar herein is vacated.

Date: October 14, 2014

*Jeffrey S. White* (signature)

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

-2-
**STIPULATION OF VOLUNTARY DISMISSAL**
**CASE NO.: C13-01718 JSW**

P:\CLIENTS\OE3CL\CALEX ENGINEERING CO\PLEADINGS\CV13-1718 JSW STIPULATION FOR DISMISSAL 100714.DOCX